UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KATIANA SOENEN,
    Plaintiff,

v.                                                        Case No.: 1:23-cv-00046-JJM-PAS

BROWN UNIVERSITY,
    Defendant.

**PRETRIAL SCHEDULING ORDER**

This matter has been referred to me for all non-dispositive pre-trial matters, including case management. Conferences were held on January 3 and January 30, 2024, at which the Court and the parties discussed a realistic case management plan to efficiently move discovery in this and related matters to completion. Pursuant to these discussions, it is hereby ordered that:

1. All document production and written discovery responses (except for responses to requests to admit for trial preparation) related to fact discovery shall be substantially completed by February 29, 2024.

2. All factual discovery shall be fully completed by May 31, 2024.

3. Plaintiff shall make her expert disclosures as required by Fed. R. Civ. P. 26(a)(2) by June 28, 2024.

4. Defendant shall make its expert disclosures as required by Fed. R. Civ. P. 26(a)(2) by July 31, 2024.

5. All expert discovery shall be completed by August 30, 2024.

6. Dispositive motions shall be filed by September 30, 2024.

No discovery motions shall be filed until after the party in good faith tries to resolve the matter with opposing counsel. If that does not resolve the dispute, the party must first have an informal conference with the Court, which can be arranged by contacting Martha Saucier, Deputy Clerk [(401)-752-7218] or the Clerk's office.

<u>It is so ordered</u>.

January 30, 2024                                         /s/ Patricia A. Sullivan
                                                                  United States Magistrate Judge
                                                                  U.S. District Court for the District of Rhode Island