# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| KATIANA SOENEN, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:23-cv-00046-JJM-PAS |
| | ) |
| v. | ) |
| | ) |
| BROWN UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned hereby withdraws her appearance on behalf of Plaintiff Katiana Soenen.

Plaintiff will continue to be represented by Grant & Eisenhofer P.A. and Herman Law Group.


Dated: March 31, 2025

Respectfully submitted,

/s/ *Elizabeth A. Bailey*
Elizabeth A. Bailey
**GRANT & EISENHOFER P.A.**
Elizabeth A. Bailey *(Pro Hac Vice)*
Cynthia B. Morgan *(Pro Hac Vice)*
123 Justison Street
Wilmington, Delaware 19801
(302) 622-7086
ebailey@gelaw.com
cmorgan@gelaw.com

**GRANT & EISENHOFER P.A.**
Barbara J. Hart *(Pro Hac Vice)*
485 Lexington Avenue
New York, NY 10017
(646) 722-8512
bhart@gelaw.com

**HERMAN LAW GROUP**
Louise A. Herman (#6430)
1445 Wampanoag Trail, Suite 104
East Providence, RI 02915

(401) 433-0139
lherman@lhermanlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that she filed the foregoing Notice of Withdrawal of Appearance through the ECF system, which will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

/s/ *Elizabeth A. Bailey*
Elizabeth A. Bailey