# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF RHODE ISLAND

|  |  |  |
|---|---|---|
| ———————————————— | ) | |
| KATIANA SOENEN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:23-cv-00046-JJM-PAS |
| | ) | |
| BROWN UNIVERSITY | ) | |
| | ) | |
| Defendant. | ) | |
| ———————————————— | ) | |

## JUDGMENT

This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

Pursuant to this Court's Memorandum and Order entered on October 21, 2025, and in accordance with Fed. R. Civ. P. 58, judgment is hereby entered in favor of Defendant Brown University.

It is so ordered.

October 21, 2025                    By the Court:

                              /s/ Hanorah Tyer-Witek
                              Clerk of Court